FILED
JAN 3 0 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

| | |
|---|---|
| Admiral Van Lines, LLC, et al., Plaintiffs | ) |
| v. | ) No. 04-0134C |
| The United States, Defendant | ) |

NOTICE OF DIRECTLY-RELATED CASE

This action is directly related to Stevens Van Lines Inc., et. al. v. United States, No. 02-502C (consolidated) in that it involves the same procurement and similar claims arising from actions of the General Services Administration and designated military agencies.

Assignment of this action to the same judge as the related cases and consolidation of the cases for decision will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Alan F. Wohlstetter

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorneys for Plaintiffs

Stanley I. Goldman
DENNING & WOHLSTETTER
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

<u>Of Counsel</u>

Dated: January 30, 2004

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on the 30th day of January, 2004, I caused to be served by United States mail (first class mail, postage prepaid), a copy of the Notice of Directly-Related Case, addressed as follows:

DAVID D'ALESSANDRIS, Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

Stanley I. Goldman