IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADMIRAL VAN LINES, LLC ET AL.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | No. 04-0134C<br><br>(Judge Baskir) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID D'ALESSANDRIS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID D'ALESSANDRIS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/David D'Alessandris

DAVID D'ALESSANDRIS
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0139
Fax: (202) 514-8624

Dated: February 23, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of February, 2004 I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Alan F. Wohlstetter, Esq.
Denning & Wohlstetter
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

____________________________